Judge Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURTIS SMITH, ) <br> ) <br> Defendant. ) <br> ) | NO. CR 13-64RAJ <br><br> ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT CURTIS SMITH'S MOTION FOR IMMEDIATE HEARING |

Based on the Government's Motion to Seal Response to Defendant Curtis Smith's Motion for Immediate Hearing in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #140) is GRANTED. The Government's Response to Defendant's Motion for Immediate Hearing filed under Dkt. #141 shall be sealed and remain sealed until further order of the court.

DATED this 19th day of June, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
U.S. v. MOSLEY, ET AL./CR13-64RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970